IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for CHARTER BANK OF SANTA FE, NEW MEXICO,<br><br>        Plaintiff,<br>v.<br><br>ROBERT WERTHEIM, R. GLENN WERTHEIM, JOHN W. BROWN, RONALD BROWN, PAUL GOBLET, JOYCE GODWIN, SHIRLEY SCOTT, BRUCE SELIGMAN, STEPHEN M. WALKER, and ANDREW FELD<br><br>        Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§  NO. 1:13-CV-00050-KG-KBM<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER SUBSTITUTING PARTY

Having considered the Suggestion of Death of Defendant Robert Wertheim and the Motion to Substitute Party filed by Plaintiff Federal Deposit Insurance Corporation as Receiver for Charter Bank of Santa Fe, New Mexico, it is hereby

ORDERED that the Motion to Substitute Party is GRANTED. It is further

ORDERED pursuant to Federal Rule of Civil Procedure 25(a), Elizabeth H. Wertheim as Representative of the Estate of Robert Wertheim is substituted for Defendant Robert Wertheim, deceased.

SIGNED THIS 19th DAY OF SEPTEMBER, 2013.

_____
UNITED STATES DISTRICT JUDGE

4880662.2
59195.2

HUSCH BLACKWELL L.L.P.

By: /s/ *Stephen W. Lemmon*
      Stephen W. Lemmon

Stephen W. Lemmon
Adam I. Hauser
Rhonda Mates
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone:   (512) 472-5456
Facsimile:   (512) 479-1101 (fax)

**Attorneys for Plaintiff Federal Deposit Insurance Corporation, as Receiver for Charter Bank of Santa Fe, New Mexico**

COX SMITH MATTHEWS INCORPORATED

By   /s/ *William Frank Carroll*
      William Frank Carroll

Thomas B. Alleman
Aubrey Colvard Labanowski
1201 Elm Street, Suite 3300
Dallas, TX 75270
Telephone:   (214) 698-7800
Facsimile:   (214) 698-7899

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By   /s/ *Andrew G. Schultz*
      Andrew G. Schultz

P.O. Box 1888
Albuquerque, NM 87103-1888
Telephone:   (505) 765-5900
Facsimile:   (505) 768-7395

*Attorneys for Defendants Robert Wertheim, R. Glenn Wertheim, John W. Brown, Ronald Brown, Paul Goblet, Joyce Godwin, Shirley Scott, Bruce Seligman, Stephen M. Walker and Andrew Feld*