IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for
CHARTER BANK OF SANTA FE.
NEW MEXICO,

    Plaintiff,

v.                                          Case Number: 13-50 KG/KBM

ELIZABETH WERTHEIM, as Personal
Representative of the Estate of
Robert Wertheim, Deceased; R. GLENN
WERTHEIM; JOHN W. BROWN;
RONALD BROWN; PAUL GOBLET;
JOYCE GODWIN; SHIRLEY SCOTT;
BRUCE SELIGMAN; STEPHEN M.
WALKER; and ANDREW FELD,

    Defendants.

## ORDER GRANTING
## UNOPPOSED MOTION TO ALTER OR AMEND

ON THIS DATE came on for consideration Defendants' Unopposed Motion to Alter or Amend and the Court having considered the Motion is of the opinion that it should be granted.

IT IS ORDERED that this Court's Memorandum Opinion and Order entered October 16, 2014 (Dkt. 40) is hereby amended by deleting on page 2 the last sentence of the last paragraph and substituting for that sentence the following sentence:

    Notably, Defendants contend that Plaintiff does not have a cause of action based on predatory lending.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

COX SMITH MATTHEWS INCORPORATED

By     /s/ *William Frank Carroll*                 .
       William Frank Carroll

Thomas B. Alleman
Aubrey C. Labanowski
1201 Elm Street, Suite 3300
Dallas, TX  75270
Telephone:      (214) 698-7800
Facsimile:      (214) 698-7899
E-mail:         fcarroll@coxsmith.com
                talleman@coxsmith.com
                alabanowski@coxsmith.com

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By     /s/ *Andrew G. Schultz*                 .
       Andrew G. Schultz

P.O. Box 1888
Albuquerque, NM 87103-1888
Telephone:      (505) 765-5900
Facsimile:      (505) 768-7395
E-mail:         aschultz@rodey.com

*Attorneys for Defendants Elizabeth Wertheim, as Personal Representative of the Estate of Robert Wertheim, Deceased, R. Glenn Wertheim, John W. Brown, Ronald Brown, Paul Goblet, Joyce Godwin, Shirley Scott, Bruce Seligman, Stephen M. Walker and Andrew Feld*

HUSCH BLACKWELL LLP

By: */s/ Rhonda B. Mates*
      Rhonda B. Mates

Stephen W. Lemmon
Adam I. Hauser
111 Congress Avenue, Suite 1400
Austin, TX 78701
Telephone:   (512) 472-5456
Facsimile:    (512) 479-1101
Email:        stephen.lemmon@huschblackwell.com
              adam.hauser@huschblackwell.com
              rhonda.mates@huschblackwell.com

*Attorneys for Federal Deposit Insurance Corporation,
as Receiver for Charter Bank of Santa Fe New Mexico*