IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FEDERAL DEPOSIT INSURANCE )
CORPORATION, as receiver of Charter )
Bank, of Santa Fe, New Mexico, )
　)
    **Plaintiff,** )
　)
vs. )
　) No. 1:13-cv-00050-KG/KBM
ELIZABETH WERTHEIM, as )
Representative of the Estate of Robert )
Wertheim, R. GLENN WERTHEIM, )
JOHN W. BROWN, RONALD BROWN, )
PAUL GOBLET, JOYCE GODWIN, )
SHIRLEY SCOTT, BRUCE SELIGMAN, )
STEPHEN M. WALKER, and ANDREW )
FELD, )
　)
    **Defendants.** )

**ORDER GRANTING JOINT MOTION FOR STAY OF PROCEEDINGS PENDING COMPLETION OF SETTLEMENT CONFERENCE AND APPOINTMENT OF MAGISTRATE JUDGE STEPHAN M. VIDMAR AS MEDIATOR**

ON THIS DATE came on for consideration the Joint Motion for Stay of Proceedings Pending Completion of Settlement Conference and Appointment of Magistrate Judge Stephan M. Vidmar as Mediator, and the Court having considered the Motion is of the opinion that it should be granted.

IT IS ORDERED that all proceedings in this matter are stayed until March 1, 2015 to allow completion of a mediated settlement conference.

IT IS FURTHER ORDERED that Magistrate Judge Stephan M. Vidmar is appointed to conduct the mediated settlement conference pursuant to D.N.M. LR-Civ. 73.4.

            _/s/ Kenneth Gonzales_
            UNITED STATES DISTRICT JUDGE